IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Winnie Van, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   12 C 1219 |
| | ) | |
| Credit Control, LLC, a Missouri limited liability company, and JH Portfolio Debt Equities,LLC, a California limited liability company, | ) ) ) ) | Judge Feinerman |
| | ) | |
| Defendants. | ) | |

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby voluntarily dismisses her claims against the Defendants, with prejudice.

Dated: March 12, 2012

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2012, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically.  Notice of this filing will be sent to the following parties via U.S. Mail, first class postage pre-paid, on March 12, 2012.

Credit Control, LLC, and
JH Portfolio Debt Equities, LLC
c/o Nathan D. Sturycz, Associate Attorney
Husch Blackwell, LLP
190 Carondelet Plaza
Suite 600
St. Louis, Missouri 63105


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com